No. 26-11603-E

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

RYAN PASLEY,

*Appellant,*

vs.

MERCEDES-BENZ U.S. INTERNATIONAL, INC.,

*Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
No. 7:24-cv-01050-EGL

# APPELLEE MERCEDES-BENZ U.S. INTERNATIONAL, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Michael L. Lucas
Joseph Barnello, Jr.
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

*Attorneys for Appellee Mercedes-Benz U.S. International, Inc.*

No. 26-11603-E

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

RYAN PASLEY,

*Appellant,*

vs.

MERCEDES-BENZ U.S. INTERNATIONAL, INC.,

*Appellee.*

**APPELLEE MERCEDES-BENZ U.S. INTERNATIONAL, INC.'S CERTIFICATE OF INTERESTED PERSONS AND <u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to 11th Circuit R. 26.1-(2)(a), the undersigned counsel of record for Mercedes-Benz U.S. International, Inc., appellee in the above-styled appeal, hereby certify that the following persons have an interest in the outcome of this appeal.

Barnello, Jr., Joseph

Burr & Forman LLP

LaCour, Hon. Edmund G., Jr.

C-1 of 4

_____

No. 26-11603-E

*Ryan Pasley v. Mercedes-Benz U.S. International, Inc.*

_____

Lucas, Michael L.

Mercedes-Benz AG

Mercedes-Benz Capital Investments B.V.

Mercedes-Benz Group AG (MBG.DE) (MBGAF)

Mercedes-Benz North America Corporation

Mercedes-Benz U.S. International, Inc.

Pasley, Ryan

Palmer Law, LLC

Palmer, Lesile

C-2 of 4

No. 26-11603-E

*Ryan Pasley v. Mercedes-Benz U.S. International, Inc.*

s/ Michael L. Lucas
Michael L. Lucas
Joseph Barnello

Counsel of Record for the Appellee,
Mercedes-Benz U.S. International,
Inc.

OF COUNSEL:

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
mlucas@burr.com
jbarnello@burr.com

C-3 of 4

———————————————

No. 26-11603-E

*Ryan Pasley v. Mercedes-Benz U.S. International, Inc.*

———————————————

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, a copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement has been electronically filed with the Clerk of the Court using the CM/ECF system, which will it on the CM/ECF participants. If a party does not participate in the CM/ECF System, I have served them by U.S. First Class mail.

s/ Michael L. Lucas
Of Counsel

C-4 of 4

67731471 v1