# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

## DOCKET NO.:26-11603-E

---

RYAN PASLEY,

PLAINTIFF – APPELLANT,

v.

MERCEDES-BENZ U.S. INTERNATIONAL, INC.,

DEFENDANT – APPELLEE,

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA OF ALABAMA
District Court Civil Action No.: 7:24-cv-01050-EGL

---

## Certificate of Interested Persons

---

COUNSEL FOR APPELLANT:

Leslie Palmer

Palmer Law, LLC

2 North 20th Street

Suite 900

Birmingham, AL 35203

Phone: (205) 285-3050

leslie@palmerlegalservices.com

Pursuant to Eleventh Circuit Rule 26.1-1, the undersigned counsel of record for the Appellant hereby certifies the following is a complete list of the trial judges, attorneys, persons, associations of persons, firms, partnerships, corporations (including subsidiaries, conglomerates, affiliates, parent corporations and any publicly held corporation which owns 10% or more of the party's stock), and other identifiable legal entities related to a party that has an interest in this case.

1. Barnello, Jr., Joseph, Attorney for Appellee / Defendant

2. Burr & Forman LLP, Law Firm of Appellee Counsel

3. LaCour, Hon. Edmund G., Jr., U.S. District Court Judge

4. Lucas, Michael, L, Attorney for Appellee / Defendant

5. Mercedes-Benz AG

6. Mercedes-Benz Capital Investments B.V.

7. Mercedes-Benz Group AG (MBG.DE) (MBGAF)

8. Mercedes-Benz North America Corporation

9. Mercedes – Benz U.S. International, Inc., Appellee / Defendant

10. Palmer Law, LLC, Law Firm of Appellant Counsel

11. Palmer, Leslie, Attorney for Appellant / Plaintiff

12. Pasley, Ryan, Appellant / Plaintiff

# **CERTIFICATE OF SERVICE**

I certify that on May 26, 2026 I have filed a copy of the foregoing

Certificate of Interested Persons electronically with the Court's CM/ECF

system which will serve a copy on all counsel of record.

*/s/ Leslie Palmer*
OF COUNSEL