**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

**DOCKET NO. 26-11603-E**

**RYAN PASLEY,**

PLAINTIFF-APPELLANT,

v.

**MERCEDES-BENZ U.S. INTERNATIONAL, INC.,**

DEFENDANT-APPELLEE.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION
NO. 7:24-CV-01050-EGL

# APPELLANT MOTION TO SET ASIDE DISMISSAL AND REINSTATE APPEAL

COUNSEL FOR APPELLANT:

Leslie A. Palmer
PALMER LAW, LLC
2 North 20th Street, Suite 900
Birmingham, Alabama 35203
(205) 285-3050
leslie@palmerlegalservices.com

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, Plaintiff-Appellant Ryan Pasley certifies that the following persons and entities have or may have an interest in the outcome of this appeal:

Axon, Hon. Annemarie Carney - United States District Judge, Northern District of Alabama (previously assigned)

Barnello, Joseph, Jr. - Counsel for Defendant-Appellee

Burr & Forman LLP - Law Firm of Counsel for Defendant-Appellee

LaCour, Hon. Edmund G., Jr. - United States District Judge, Northern District of Alabama

Lucas, Michael L. - Counsel for Defendant-Appellee

Mercedes-Benz U.S. International, Inc. - Defendant-Appellee

Palmer, Leslie A. - Counsel for Plaintiff-Appellant

Palmer Law, LLC - Law Firm of Counsel for Plaintiff-Appellant

Pasley, Ryan D. - Plaintiff-Appellant

/s/ Leslie A. Palmer
Leslie A. Palmer
*Counsel for Plaintiff-Appellant*

**MOTION TO SET ASIDE DISMISSAL AND REINSTATE APPEAL**

Plaintiff-Appellant Ryan Pasley moves under 11th Cir. R. 42-2(e) for an order setting aside the October 27, 2026 dismissal of this appeal for want of prosecution and reinstating the appeal. To remedy the default, the Appellant's Appendix is filed with this motion. The motion is timely because it is filed within 14 days of the date the Clerk entered the dismissal order. 11th Cir. R. 42-2(e). In support, Appellant states as follows.

**BACKGROUND**

This is an appeal from the district court's April 10, 2026 Memorandum Opinion and Order granting summary judgment to Defendant-Appellee Mercedes-Benz U.S. International, Inc. ("MBUSI") on Mr. Pasley's employment discrimination claims. Pasley v. Mercedes-Benz U.S. Int'l, Inc., No. 7:24-cv-01050-EGL (N.D. Ala.), Docs. 39, 40. Mr. Pasley timely filed his notice of appeal on May 7, 2026. Doc. 42.

Appellant's timely filed his principal brief on October 19, 2026.

Under 11th Cir. R. 30-1(c), the appendix was due seven days later, on October 26, 2026.

Undersigned counsel's regular practice is to prepare the appendix immediately upon completion of the brief, and had the task calendared to complete on October 19-20.

On October 19, 2026, the day appellant's brief was filed, undersigned counsel began a multi-day trial in *Williams v. Red Mountain Retail, Inc.*, No. 2:24-cv-0590-GMB in the Northern District of Alabama which lasted through October 21, 2026.

As a solo practitioner with no staff, counsel had no other person to prepare the appendix upon filing of the brief.

Upon completion of the trial, counsel returned to a substantial volume of work that had accumulated on other matters during the trial. While working through that backlog, counsel failed to file the appendix by the October 26th deadline.

Pursuant to 11th Cir. R. 42-2(c), the Clerk dismissed the appeal on the next business day, October 27, 2026.

The undersigned undertook immediately to cure the defect and prepare the appendix.

**BASIS FOR REINSTATEMENT**

11th Cir. R. 42-2(e) permits reinstatement when the appellant timely moves to set aside the dismissal, shows extraordinary circumstances, and files the required brief or appendix with the motion. Each requirement is met here.

Undersigned did not disregard the Court's rules but instead failed to file the required appendix after a convergence of extraordinary events. Undersigned counsel's trial schedule, usual practice regarding filings/calendaring, and volume

of work accumulated after her absence converged leading to the undersigned's failure to file the appendix.

The default was brief, less than one day, and has been cured by the filing of this Motion with the Appendix attached. Appellant's brief was timely filed and the appendix only contains documents in the District Court's docket. Accordingly, appellee is not prejudiced or harmed by the brief delay.

Dismissal on the basis of counsel's error would deprive Mr. Pasley of appellate review. Upholding the dismissal would sanction Mr. Pasley for conduct which he did not control.

**STATEMENT OF OPPOSING COUNSEL'S POSITION**

The undersigned counsel conferred with Appellee counsel Michael L. Lucas on October 27th, 2026. Mr. Lucas does not oppose this motion. Opposing Counsel's position allows the Clerk to reinstate the appeal under 11th Cir. R. 27-1(c)(10) as unopposed.

**RELIEF REQUESTED**

For these reasons, Plaintiff-Appellant respectfully asks the Court to set aside the October 27, 2026 dismissal, reinstate the appeal, and accept the attached Appendix as filed.

Respectfully submitted this 27th day of October, 2026.

Respectfully submitted,
/s/ Leslie A. Palmer
Leslie A. Palmer
*Counsel for Plaintiff-Appellant Ryan Pasley*

Leslie A. Palmer
PALMER LAW, LLC
2 North 20th Street, Suite 900
Birmingham, Alabama 35203
(205) 285-3050
leslie@palmerlegalservices.com
*Counsel for Plaintiff-Appellant Ryan Pasley*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, it contains less than 5,200 words.

This brief complies with the typeface and typestyle requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5) , and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

## CERTIFICATE OF SERVICE

I certify that on October 27, 2026, I electronically filed the foregoing Brief of Appellant with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system, which will send notice of the filing to all counsel of record, including:

Michael L. Lucas
Joseph Barnello, Jr.
BURR & FORMAN LLP
mlucas@burr.com;
jbarnello@burr.com
*Counsel for Defendant-Appellee*

/s/ Leslie A. Palmer
OF COUNSEL